IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 APR 16 PM 5:57

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:13CR (37) |
| vs. | ) | INDICTMENT |
| PATRICK JOHN KEENAN, | ) | 21 U.S.C. §§ 841(a)(1) & (b)(1) |
| | ) | 21 U.S.C. § 853 |
| Defendant. | ) | |

The Grand Jury Charges:

## COUNT I

On or about August 17, 2012, in the District of Nebraska, PATRICK JOHN KEENAN, defendant herein, did knowingly and intentionally possess with intent to distribute 5 grams or more of actual methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## FORFEITURE ALLEGATION

As a result of the forgoing offense, defendant PATRICK JOHN KEENAN shall forfeit to the United States any and all property constituting or derived from any proceeds said defendant obtained directly or indirectly as a result of the violation alleged in Count I of this Indictment and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count I of this Indictment, including but not limited to the following: $846 in United States currency seized from the wallet of PATRICK JOHN KEENAN on August 17, 2012.

In violation of Title 21, United States Code, Section 853.

A TRUE BILL:

FOREPERSON

DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

MARTIN J. CONBOY, IV
Special Assistant United States Attorney