IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR137 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION TO RESTRICT** |
| PATRICK KEENAN, | ) | |
| Defendant. | ) | |

The Defendant intends to file a *"Motion to Reconsider Detention"* which contains personal information about him and is protected from public viewing in accordance with the law.

WHEREFORE, the Defendant requests the Court grant an order allowing him to file the above-referenced document restricted pursuant to the E-Government Act.

PATRICK KEENAN, Defendant,

By:    s/ Shannon P. O'Connor
      **SHANNON P. O'CONNOR**
      **First Assistant Federal Public Defender**
      222 South 15th Street, Suite 300N
      Omaha, NE 68102
      (402) 221-7896
      fax: (402) 221-7884
      email: shannon_o'connor@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Martin J. Conboy, IV, Assistant United States Attorney, Omaha, NE.

      s/ Shannon P. O'Connor