IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13-CR-137 |
| vs. | |
| PATRICK JOHN KEENAN, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

     This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 51). On October 25, 2013, the Court entered a Preliminary Order of Forfeiture (filing 38) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841, and his admission of the forfeiture allegation contained in the indictment. Filing 34. By way of the preliminary order of forfeiture, the defendant's interest in $846 in United States currency was forfeited to the United States. Filing 38.

     As directed by the order, a Notice of Criminal Forfeiture was posted beginning on November 6, 2013, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 50) was filed on February 3, 2014. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

     IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 51) is granted.

2. All right, title, and interest in and to the $846 in United States currency held by any person or entity are forever barred and foreclosed.

3. The currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 4th day of February, 2014.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge