FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

OCT 2 2014

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF CASES ASSIGNED TO CHIEF JUDGE LAURIE SMITH CAMP, JUDGE JOSEPH F. BATAILLON, JUDGE JOHN M. GERRARD, AND JUDGE LYLE E. STROM INVOLVING A POTENTIAL REDUCTION IN SENTENCE PURSUANT TO AMENDMENT 782 | GENERAL ORDER NO. 2014-09 |

IT IS ORDERED:

1. Whether a motion is or is not filed by a defendant acting pro se, the Federal Public Defender or one of his delegates under the Criminal Justice Act is herewith appointed to represent a defendant who is financially eligible and who comes within the ambit of this General Order. *See* also General Order No. 2014-06.

2. *If a motion is filed by a defendant acting pro se*, the judge assigned to the case will enter an order notifying the Supervising United States Probation Officer for presentence reports and the Federal Public Defender. But no progression order will be entered and the matter will be held in abeyance until a motion is filed by the Federal Public Defender or his delegate under the Criminal Justice Act that the matter is ready for progression. The Federal Public Defender or his delegate shall not file a motion asserting that a matter is ready for progression without first consulting the Supervising United States Probation Officer for presentence reports. Upon the filing of such a motion by counsel, a progression order will be entered.

3. *In the case where no pro se motion is filed*, the Federal Public Defender or one of his delegates under the Criminal Justice Act shall, at the proper time, file a motion asserting that a matter is ready for progression. The Federal Public Defender or his delegate under the Criminal Justice Act shall consult

with the Supervising United States Probation Officer for presentence reports before filing any such motion. Upon the filing of such a motion, a progression order will be entered.

4. The Federal Public Defender, one of his assistants or his delegate under the Criminal Justice Act shall promptly file a separate appearance of counsel when a case is ready for progression.

5. The Federal Public Defender shall provide any delegate under the Criminal Justice Act with a copy of this General Order.

6. The Clerk shall provide the United States Attorney, the Federal Public Defender, and the Supervisory United States Probation Officer who handles presentence reports with a copy of this General Order.

DATED this 2nd day of October, 2014.

BY THE COURT:

s/*Laurie Smith Camp*
Chief United States District Judge