IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR137 |
| vs. | MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| PATRICK KEENAN, | |
| Defendant. | |

1. The defendant is presently incarcerated in Douglas County Corrections, Omaha, Nebraska, in the custody of the Warden of said facility.

2. It is necessary that the said defendant be before the Honorable Susan M. Bazis for a hearing beginning on or after 4th day of October, 2018, at 1:30 P.M.

WHEREFORE, the petitioner prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of Douglas County Corrections and the United States Marshals Service for the appearance of said defendant as requested above and for such other proceedings as the Court may direct.

        UNITED STATES OF AMERICA,
        Petitioner

        JOSEPH P. KELLY
        United States Attorney
        District of Nebraska

By:    s/Martin J. Conboy, IV
        Martin J. Conboy, IV
        Assistant U.S. Attorney
        1620 Dodge Street, Suite #1400
        Omaha, Nebraska 68102

UNITED STATES OF AMERICA )
                         ) ss
DISTRICT OF NEBRASKA     )

Martin J. Conboy, being first duly sworn on oath says that s/he is an Assistant United States Attorney for the District of Nebraska, that s/he has read the foregoing Motion, and that the facts set forth therein are true.

        s/Martin J. Conboy, IV
        Martin J. Conboy, IV
        Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: attorney on record.

        s/Martin J. Conboy, IV
        Martin J. Conboy, IV
        Assistant U.S. Attorney