IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR137 |
| vs. | ORDER |
| PATRICK JOHN KEENAN, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Dispositional Hearing (filing 96) is granted.

2. Defendant Patrick John Keenan's violation of supervised release hearing is continued to May 16, 2019, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 5th day of February, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge