IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICK JOHN KEENAN,<br><br>    Defendant. | **8:13CR137**<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Final Dispositional Hearing (filing 117) is granted.

2. Defendant Patrick John Keenan's violation of supervised release hearing is continued to September 17, 2020, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 8th day of July, 2020.

            BY THE COURT:

            *John M. Gerrard*
            John M. Gerrard
            Chief United States District Judge