# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.8:13CR0137 |
| Plaintiff, | ) ) ) | **MOTION TO RESTRICT** |
| v. | ) ) | |
| PATRICK JOHN KEENAN, | ) ) | |
| Defendant. | ) | |

The Defendant intends to file an *"Restricted Unopposed Motion to Reconsider Detention"* which contains personal information about him and is protected from public viewing in accordance with the law.

WHEREFORE, the Defendant requests the Court grant an order allowing him to file the above-referenced document restricted pursuant to the E-Government Act.

DATED this 18th day of August, 2020.

                                                  PATRICK JOHN KEENAN, Defendant,

                              By:    s/ Kelly M. Steenbock
                                   **KELLY M. STEENBOCK**
                                   **Assistant Federal Public Defender**
                                   222 South 15th Street, Suite 300N
                                   Omaha, NE 68102
                                   (402) 221-7896
                                   fax: (402) 221-7884
                                   e-mail: Kelly_Steenbock@fd.org