IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR0137 |
| Plaintiff, | ) ) ) | **MOTION TO RESTRICT** |
| v. | ) ) | |
| PATRICK JOHN KEENAN, | ) ) | |
| Defendant. | ) | |

The Defendant intends to file an *"Unopposed Restricted Motion to Reconsider Detention"* which contains personal information about him and is protected from public viewing in accordance with the law.

WHEREFORE, the Defendant requests the Court grant an order allowing him to file the above-referenced document restricted pursuant to the E-Government Act.

DATED this 14th day of December, 2020.

PATRICK JOHN KEENAN, Defendant,

By:   s/ Kelly M. Steenbock
**KELLY M. STEENBOCK**
**Assistant Federal Public Defender**
222 South 15th Street, Suite 300N
Omaha, NE 68102
(402) 221-7896
fax: (402) 221-7884
e-mail: Kelly_Steenbock@fd.org